Case 1:05-cv-06109   Document 5   Filed 10/24/05   Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6109 | **DATE** | 10/24/2005 |
| **CASE TITLE** | William O. Atkins vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT:**

Enter Memorandum Order. Accordingly the existing Complaint is stricken. Leave is or course granted to file a suitable Amended Complaint on or before November 4, 2005.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | SN |
|---|---|---|