

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM O. ATKINS, et al., | ) |
| Plaintiff, | ) ) ) ) |
| v. | )  No. 05 C 6109 |
| CITY OF CHICAGO (CHICAGO POLICE DEPARTMENT), et al., | ) ) ) ) |
| Defendants. | ) |

MEMORANDUM ORDER

This newly-filed action has been assigned to this Court's calendar. This sua sponte memorandum order, triggered by the obvious unsuitability of the Complaint, is issued contemporaneously with this Court's customary initial scheduling order.

Counsel for plaintiffs William and Adam Atkins has flouted the plain directive of Fed. R. Civ. P. ("Rule") 8(a), which prescribes the type of pleading called for by federal principles of notice pleading (emphasis added):

> (a) CLAIMS FOR RELIEF. A pleading which sets forth a claim for relief, whether an original claim, counter-claim, cross-claim, or third-party claim, shall contain (1) a <u>short and plain statement</u> of the grounds upon which the courts jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a <u>short and plain statement</u> of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks. Relief in the alternative or of several different types may be demanded.

It might perhaps be expected (though not approved) if an

unlettered pro se litigant were to tender a sprawling 39-page 340-paragraph complaint that sets out an excruciatingly detailed evidentiary narrative, but that surely cannot be tolerated when it is a lawyer who has generated such a work product.

Accordingly the existing Complaint is stricken. Leave is of course granted to file a suitable Amended Complaint on or before November 4, 2005.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date: October 24, 2005