

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge If Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6109 | **DATE** | 12/08/06 |
| **CASE TITLE** | Atkins vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiff's Motion to Compel Certain Discovery. The motion is granted in its entirety (#100). Said discovery will be answered by no later than 1/3/07. Status hearing set for 1/9/07 at 9:00 a.m.

Docketing to mail notices.

oah;00:10

Courtroom Deputy AC

05C6109 Atkins vs. City of Chicago                                    Page 1 of 1