## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Adam Atkins, et al.
                        Plaintiff,

v.                                                   Case No.: 1:05−cv−06109
                                                              Honorable Milton I. Shadur

City Of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 5, 2009:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 2/5/2009. Status hearing set for 2/20/2009 at 09:00 AM.Citations are due on February 17, 2009. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.